## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Percy J. Cornelious, | : | Case No.: 19-51311 |
| | : | Chapter: 7 |
| | : | Judge: C. Kathryn Preston |
| Debtor. | : | |

## APPLICATION TO EMPLOY TOM EROSHEVICH AND RE/MAX NORTH AND NOTICE AND CERTIFICATE OF SERVICE

Pursuant to 11 U.S.C. §327(a) and (d), Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1, Larry J. McClatchey, Applicant Trustee in the within case, respectfully represents as follows:

1. Percy J. Cornelious, Debtor, filed a petition for relief under Chapter 7 of the Bankruptcy Code on March 7, 2019.

2. Applicant was appointed Trustee on March 8, 2019, and is the duly qualified and acting Trustee.

3. Applicant desires to employ Tom Eroshevich of RE/MAX North, 870 High Street, Worthington, Ohio 43085, as a realtor to list and sell the single family residence which is commonly known as 2560 Willowgate Road, Grove City, Ohio 43123 (the "Property").

4. It is necessary to employ a realtor because Applicant has determined that there is equity in the Property to administer for the benefit of creditors in this case. Applicant further believes that the employment of a professional realtor to value, market and sell the subject real estate is necessary and in the best interest of the estate, and approval of the employment is requested as of the date of the Application.

5. The Debtor owns the Property that is encumbered by a lien in favor of U.S. Bank National Association. Trustee expects to obtain the consent of the secured creditor to a private sale and a "carve out" amount for the benefit of the bankruptcy estate.

6. The qualifications of Eroshevich to act as realtor are set forth in the attached Verified Statement. If Trustee subsequently determines a sale effort should be made, Trustee intends to list the Property for sale through Eroshevich.

7. To the best of Applicant's knowledge, Eroshevich is a licensed realtor, and, based upon the attached Verified Statement, known to the Trustee to be competent, disinterred, and to neither hold nor represent any interest adverse to the bankruptcy estate, nor does he have any relation to or connection with a judge of the Bankruptcy Court of the District Court for the Southern District of Ohio or the Office of the United States Trustee which would render the proposed employment improper under B.R. 5002, nor is he an officer or employee of the Judicial Branch of the United States or the United States Department of Justice.

8. No fees or retainer has been paid to Eroshevich in the one year prior to the filing of the petition through the time of the application in the within case.

WHEREFORE, Applicant request the entry of an Order authorizing the employment of Tom Eroshevich of RE/MAX North at 870 High Street, Worthington, Ohio 43085, to perform the services described above effective from the date of this Application.

/s/Larry J. McClatchey
Larry J. McClatchey   (0012191)
Kegler, Brown, Hill + Ritter, Co., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: (614)462-5400
Facsimile:  (614)464-2634
lmcclatchey@keglerbrown.com
Trustee

055424\001932\4826-5446-9270

## NOTICE AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that Larry J. McClatchey, Trustee filed an Application to Employ Realtor with the Court.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to grant the relief requested, or if you want the court to consider your views on the application then on or before **twenty one (21) days from the date set forth in the certificate of service for the motion or objection** ("Response Date"), you must file with the court a response explaining your position by mailing your response by regular US Mail to the <u>Clerk of the United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215</u> OR your attorney must file a response using the court's ECF System. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the Response Date.

You must also mail a copy of your response on or before the Response Date by 1) the Court's ECF System or 2) by regular US Mail to Trustee's counsel, <u>Larry J. McClatchey, Kegler Brown Hill + Ritter, 65 East State Street, Suite 1800, Columbus, Ohio 43215</u>. If you or your attorney do not ake these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application to Employ was served through the court's ECF System on all ECF participants registered in this case at the email addresses registered with the court, and by ordinary U.S. Mail on May 10, 2019 addressed to:

Percy J. Cornelious  
2560 Willowgate Road  
Grove City, Ohio 43123  

Tom Eroshevich  
RE/MAX North  
870 High Street  
Worthington, Ohio 43085  

and See Attached Exhibit A

/s/Larry J. McClatchey  
Larry J. McClatchey   (0012191)  
Kegler, Brown, Hill + Ritter, Co., LPA  
65 East State Street, Suite 1800  
Columbus, Ohio 43215  
Telephone: (614)462-5400  
Facsimile: (614)464-2634  
lmcclatchey@keglerbrown.com  
Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:                                  :
                                        :
  Percy J. Cornelious,                  :    Case No.: 19-51311
                                        :    Chapter: 7
                                        :    Judge: C. Kathryn Preston
  Debtor.                               :

## VERIFIED STATEMENT OF TOM EROSHEVICH

State of Ohio         :
                      : ss.
County of Franklin    :

Tom Eroshevich, being duly sworn, deposes and says:

1. I am a licensed, duly qualified and authorized to work in the State of Ohio.

2. My business maintains an office at 870 High Street, Worthington, Ohio 43085.

3. To the best of my knowledge and information, other than as stated above, I have had no other connection with the Debtor, Percy J. Cornelious, his creditors, or any other party in interest herein, or their respective attorneys or accountants.

4. To the best of my knowledge and information, I am a disinterested person as defined in 11 U.S.C. §101(14) and have no interest materially adverse to the Debtor, his estate or the creditors in matters upon which I am to be engaged.

5. To the best of my knowledge and information, no employee of my office is a relative of the United States Trustee or of a bankruptcy judge of the United States Bankruptcy Court for the Southern District of Ohio. I am not an officer or employee of the Judicial Branch of the United States or the United States Department of Justice, which would render my proposed employment improper under B.R. 5002.

6. I have not previously represented the Trustee.

7. I understand that compensation to me is subject to 11 U.S.C. §330 and applicable rules of this Court. Unless the Court permits me to be paid at the closing from the sale proceeds, I understand that I must request compensation as an expense of administration in accordance with rules of the Court. My customary and proposed rate of compensation is a 6% realtor's

055424\001932\4826-5446-9270

commission upon closing of sale of the property, which commission includes out-of-pocket expenses.

8. No fee or retainer has been received by me nor any employee in my office, as to compensation in connection with this case.

9. I will not, under any circumstances, directly or indirectly, purchase or acquire any interest in any of the property to be sold by me.

*Tom Eroshevich*

Tom Eroshevich, Realtor
RE/MAX NORTH
870 High Street
Worthington, Ohio 43085
Telephone: (614)431-0300
Facsimile: (614)431-5258
teroshevich@gmail.com

```
Label Matrix for local noticing          AEP                                    Advance America
0648-2                                    PO Box 24401                          3651 W. Broad St.
Case 2:19-bk-51311                        Canton, OH 44701-4401                 Columbus, OH 43228-1450
Southern District of Ohio
Columbus
Fri May 10 11:50:26 EDT 2019
```

# EXHIBIT A

```
Advance America Small Loans of OH Inc.    American Profit Recovery              Asst US Trustee (Col)
135 North Church Street                   Attn: Bankruptcy                      Office of the US Trustee
Spartanburg, SC 29306-5138                34505 W 12 Mile Road #333             170 North High Street
                                          Farmington Hills, MI 48331-3288       Suite 200
                                                                                Columbus, OH 43215-2417


CMRE Financial Services                   Chase Auto Finance                    Chase Card Services
Attn: Bankruptcy                          Attn: Bankruptcy                      Attn: Bankruptcy
3075 E Imperial Hwy  Ste 200              Po Box 901076                         Po Box 15298
Brea, CA 92821-6753                       Fort Worth, TX 76101-2076             Wilmington, DE 19850-5298


(p)CHOICE RECOVERY INC                    (p)COLUMBIA GAS                       Columbus City Treasurer
1550 OLD HENDERSON ROAD                   290 W NATIONWIDE BLVD 5TH FL          Power Sewer and Water Services
STE 100                                   BANKRUPTCY DEPARTMENT                 PO Box 182882
COLUMBUS OH 43220-3662                    COLUMBUS OH 43215-4157                Columbus, OH 43218-2882


Comenity/MPRC                             Percy J Cornelious                    Credence Resource Management
Attn:  Bankruptcy Dept                    2560 Willowgate Rd                    Po Box 2300
Po Box 965060                             Grove City, OH 43123-1589             Southgate, MI 48195-4300
Orlando, FL 32896-5060


Credit First National Association         (p)ENCIRCLE COLLECTIONS INC           Franklin Collection Service, Inc.
Attn: Bankruptcy                          8300 NW 53 STREET SUITE 350           Attn: Bankruptcy
Po Box 81315                              DORAL FL 33166-7712                   Po Box 3910
Cleveland, OH 44181-0315                                                        Tupelo, MS 38803-3910


Grant Medical Center                      Grove City Eye Associates             Karen E Hamilton
PO Box 182140                             1770 Stringtown Rd                    19 East Kossuth
Columbus, OH 43218-2140                   Grove City, OH 43123-9049             Columbus, OH 43206-2001


Richard John LaCivita                     Loanmax                               Larry J McClatchey
Reimer Law Co                             4701 W Broad St                       65 East State Street
30455 Solon Rd                            Columbus, OH 43228-1612               Suite 1800
Solon, OH 44139-3415                                                            Columbus, OH 43215-4295


Midland Funding                           Mr. Cooper (US bank)                  Nationwide Credit Inc
2365 Northside Dr Ste 300                 Attn: Bankruptcy                      PO Box 14581
San Diego, CA 92108-2709                  8950 Cypress Waters Blvd              Des Moines, IA 50306-3581
                                          Coppell, TX 75019-4620


PRA Receivables Management, LLC           Plaza Services, LLC                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 41021                              110 Hammond Drive                     PO BOX 41067
Norfolk, VA 23541-1021                    Suite 110                             NORFOLK VA 23541-1067
                                          Atlanta, GA 30328-4806
```

| | | |
|---|---|---|
| Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | Reimer Law Co<br>PO Box 39696<br>Solon, OH 44139-0696 | Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY 11735-9100 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | T MobileTMobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City OK  731248848 | Time Warner Cable<br>PO Box 0916<br>Carol Stream, IL 60132-0916 |
| United Collection Bureau<br>PO Box 183221<br>Columbus, OH 43218-3221 | United Collection Bureau, Inc.<br>PO Box 1418<br>Maumee, OH 43537-8418 | WOW<br>PO Box 4350<br>Carol Stream, IL 60197-4350 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Choice Recovery<br>1550 Old Henderson Road<br>Suite 100<br>Columbus, OH 43220 | Columbia Gas<br>290 W Nationwide Blvd Unite 114<br>Columbus, OH 43215 | Encircle Collection Inc<br>3390 Mary St Suite 116<br>Coconut Grove, FL 33133 |
| Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39