**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: May 14, 2019**

_____

4811-1368-8321

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No.: 19-51311 |
| Percy J. Cornelious | : | Chapter: 7 |
| | : | Judge: C. Kathryn Preston |
| Debtor. | : | |

### ORDER GRANTING APPLICATION TO EMPLOY COUNSEL
[Docket No. 17]

This matter is before the Court on the *Application to Employ Larry J. McClatchey and Kegler, Brown, Hill & Ritter Co., LPA as Counsel* filed with this Court and served on parties in interest. Upon due consideration of the same, it is hereby

ORDERED, that the employment of Larry J. McClatchey and Kegler, Brown, Hill & Ritter Co., LPA is in the best interest of the bankruptcy estate, and the employment is approved as of April 16, 2019, the date of the original meeting of creditors under 11 U.S.C. §341. It is further,

ORDERED, that the terms of said employment are set forth in the Application filed with the Court, and that compensation shall be subject to application and approval of this Court pursuant to 11 U.S.C. §330.

IT IS SO ORDERED.

*Copies to Default List*