**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: May 14, 2019**

_____

4811-1368-8321

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| In Re: | : | |
|---|---|---|
| | : | Case No.: 19-51311 |
| Percy J. Cornelious | : | Chapter: 7 |
| | : | Judge: C. Kathryn Preston |
| Debtor. | : | |

### ORDER GRANTING APPLICATION TO EMPLOY COUNSEL
[Docket No. 17]

This matter is before the Court on the *Application to Employ Larry J. McClatchey and Kegler, Brown, Hill & Ritter Co., LPA as Counsel* filed with this Court and served on parties in interest. Upon due consideration of the same, it is hereby

ORDERED, that the employment of Larry J. McClatchey and Kegler, Brown, Hill & Ritter Co., LPA is in the best interest of the bankruptcy estate, and the employment is approved as of April 16, 2019, the date of the original meeting of creditors under 11 U.S.C. §341. It is further,

ORDERED, that the terms of said employment are set forth in the Application filed with the Court, and that compensation shall be subject to application and approval of this Court pursuant to 11 U.S.C. §330.

IT IS SO ORDERED.

*Copies to Default List*

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                 Case No. 19-51311-ckp
Percy J Cornelious                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-2         User: branigan          Page 1 of 1           Date Rcvd: May 15, 2019
                             Form ID: pdf01          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db             +Percy J Cornelious,    2560 Willowgate Rd,   Grove City, OH 43123-1589

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Karen E Hamilton    on behalf of Debtor Percy J Cornelious karen@karenhamiltonlaw.net,
               khamiltonlaw@gmail.com;Atty_Khamiltonlaw@trustesolutions.com
              Larry J McClatchey    BGibson@keglerbrown.com,   ecf.alert+McClatchey@titlexi.com
              Larry J. McClatchey    on behalf of Trustee Larry J McClatchey lmcclatchey@keglerbrown.com,
               hmckinley@keglerbrown.com
              Richard John LaCivita    on behalf of Creditor   U.S. Bank National Association
               bknoticesouth@reimerlaw.com
                                                                                             TOTAL: 5