**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: June 6, 2019**

_____

4826-5446-9270

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Percy J. Cornelious, | : | Case No.: 19-51311 |
| | : | Chapter: 7 |
| | : | Judge: C. Kathryn Preston |
| Debtor. | : | |

### ORDER GRANTING APPLICATION TO EMPLOY REALTOR

This matter is before the Court on the Trustee's Application for Authority to Employ Realtor, filed with this Court and served on parties of interest May 10, 2019 [DOC. #18]. Upon due consideration of the same and no objections having been filed thereto, it is hereby

**ORDERED**, that the employment of Tom Eroshevich of RE/MAX North, is in the best interest of the bankruptcy estate, and the employment is approved as of the Application. It is further,

**ORDERED**, that compensation of the realtor is subject to Court approval.

**IT IS SO ORDERED.**

Copies to Default List and
Tom Eroshevich, RE/MAX North, 870 High Street, Worthington, Ohio 43085
Percy J. Cornelious, 2560 Willowgate Road, Grove City, Ohio 43123